**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| TERRY SIGNAIGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:23CV818 JAR |
| ) | |
| MARTIN J. O'MALLEY, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 et seq. ECF No. 22. In his motion, Plaintiff requests an award of attorney's fees in the amount of $5,602.64, which amount is based on multiplying 22.5 hours of attorney work by an hourly rate of $244.16 for work performed in May 2023, $244.95 for June, $246.49 for August, $247.10 for September, $249.14 for February 2024, $251.72 for April and $252.14 for May 2024. Defendant Commissioner does not object to Plaintiff's request. ECF No. 24.

Upon consideration, the Court finds a fee award of $5,602.64 to be reasonable. Plaintiff has assigned his interest in an EAJA fee award to his attorney [ECF No. 23-3]; however, in accordance with *Astrue v. Ratliff,* 560 U.S. 586, 589 (2010), an award of attorney's fees under the EAJA belongs to Plaintiff and is "subject to a [g]overnment offset to satisfy a pre-existing debt that the litigant owes the United States."

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney Fees [ECF No. 22] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Commissioner shall pay attorney's fees under the EAJA in the amount of $5,602.64.

**IT IS FINALLY ORDERED** that Defendant Commissioner shall issue a check for the amount owed made payable to Plaintiff Terry Signaigo and mail to Plaintiff's attorney, Kristen N. Van Fossan, 211 N. Broadway, Suite 2400, St. Louis, MO 63101.

Dated this 20th day of June, 2024.

                                            */s/ John A. Ross*
                                       **JOHN A. ROSS**
                                       **UNITED STATES DISTRICT JUDGE**